[No. 6992–6–I.   Division One.   January 14, 1980.]

ERNA IOLE LUND GIBSON, *Appellant*, v. THE ROOSEVELT
HOTEL CORPORATION, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 826593, Stanley C. Soderland, J., entered Sep-
tember 5, 1978. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Swanson and Ringold, JJ.

[No. 7114–9–I.   Division One.   January 14, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. EMERY
FRANK HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 6579, Thomas G. McCrea, J.,
entered November 14, 1978. *Dismissed* by unpublished
opinion per James, A.C.J., concurred in by Swanson and
Dore, JJ.

[No. 7360–5–I.   Division One.   January 14, 1980.]

GREAT SOUTHWEST FIRE INSURANCE COMPANY, *Respondent*,
v. ROLAND H. DAVID, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 848739, James A. Noe, J., entered January 10,
1979. *Affirmed* by unpublished opinion per James, A.C.J.,
concurred in by Andersen and Ringold, JJ.

[No. 3603–II.   Division Two.   January 16, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. GLENN
R. EWING, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. C–3603, Terence Hanley, J., entered July 24,
1978. *Affirmed* by unpublished opinion per Petrie, J., con-
curred in by Reed, C.J., and Pearson, J.